AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

2014 OCT 23  PM 12: 08

for the

## Middle District of Florida

| | |
|---|---|
| Cathy El-Kallab | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:14-cv-2672-T-36AEP |
| Fifth Third Bank | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fifth Third Bank
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ian R. Leavengood, Esq., Aaron M. Swift, Esq.,
G. Tyler Bannon, Esq., and Gregory H. Lercher, Esq.
Leavengood, Dauval & Boyle, P.A.
3900 First Street North, Suite 100
St. Petersburg, FL 33703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 3 2014 _____        /s/ Lisa Silvia
                                                             *Signature of Clerk or Deputy Clerk*