UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHY EL-KALLAB,

    Plaintiff,

v.                                                 Case No: 8:14-cv-2672-T-36AEP

FIFTH THIRD BANK,

    Defendant.
_____/

# **O R D E R**

Before the Court is the Stipulation for Voluntary Dismissal (Doc. 20). In accord with the Stipulation for Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation for Voluntary Dismissal is **APPROVED** (Doc. 20).

2)     Counts One and Two of the Complaint are dismissed without prejudice.

3)     Counts Three and Four of the Complaint are dismissed with prejudice.

4)     Each party shall bear its own costs and attorneys' fees.

5)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 19, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record